# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-0718

———————————————

BOCA VIEW CONDOMINIUM
ASSOCIATION, INC.,

   Appellant,

   v.

DEPARTMENT OF BUSINESS and
PROFESSIONAL REGULATION,

   Appellee.

———————————————

On appeal from the Department of Business and Professional
Regulation.
Jennifer Moore, Deputy Director.


March 4, 2026

PER CURIAM.

   Boca View Condominium Association appeals an order of the
Division of Florida Condominiums, Timeshares, and Mobile
Homes, contending that the agency erred in entering a final order
approving the findings that the Association violated section
718.111(12)(b), Florida Statutes. Appellee concedes error in its
final order and moves to reverse and remand to the agency. We
recognize this concession of error and grant the motion for remand.
Accordingly, we set aside the final order and remand this cause for
further proceedings.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

John R. Sheppard, Jr., of Fowler, White, Burnett, P.A., West Palm Beach, for Appellant.

Brooke Elizabeth Adams, Chief Appellate Counsel, and Andrew Fier, General Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellee.